NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**PATRICK TAKEUCHI,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

_____

2014-3051

_____

Petition for review of the Merit Systems Protection Board in No. SF-0752-12-0687-I-1.

_____

**ON MOTION**

_____

**O R D E R**

Patrick Takeuchi moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                    TAKEUCHI v. MSPB

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24